1  Semnar & Hartman, LLP
   Babak Semnar, Esq. (#224890)
2  bob@sandiegoconsumerattorneys.com
   Jared M. Hartman (#254860)
3  jared@sandiegoconsumerattorneys.com
   400 S. Melrose Drive, Suite 209
4  Vista, California 92081
   Telephone: (951) 293-4187; Fax: (888) 819-8230
5
   Attorneys for Plaintiff
6  MICHAEL SPENCER

7
                    **U.S. DISTRICT COURT**
8              **SOUTHERN DISTRICT OF CALIFORNIA**

9  | MICHAEL SPENCER, an individual, | Case No.: 3:15-cv-02895-W-BLM |
   |---|---|
10 | Plaintiff, | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL PENDING DATES, DEADLINES, HEARINGS** |
   | vs. | |
11 | | |
12 | JOSEPH KOVALCIN, an individual; CLEARVIEW HOME IMPROVEMENTS, INC. d/b/a CLEARVIEW HOME ENERGY SOLUTIONS; and DOES 1-10, | |
13 | | |
14 | | |
   | Defendants. | |

15
16 TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

17     Please take notice that the parties herein—Plaintiff MICHAEL SPENCER and

18 Defendants JOSEPH KOVALCIN and CLEARVIEW HOME IMPROVEMENTS,

19 INC.—have reached a settlement agreement of all claims in this matter.

20 ///

21 ///

                              1

The parties anticipate that the terms of the settlement will be fully executed within 45 days.  Therefore, Plaintiff requests that the Court remove this matter from the active trial calendar, and vacate all pending dates, deadlines, and hearings, but to retain jurisdiction for a period of 45 days to enforce settlement should it be necessary.

Plaintiff will file a Motion for Dismissal, with prejudice, pursuant to Rule 45(a) after the terms have been fully executed.

DATED: 2/3/16                               SEMNAR & HARTMAN, LLP

                                              /s/ Jared M. Hartman
                                              JARED M. HARTMAN, Esq.
                                              Attorney for Plaintiff