# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SPENCER,<br><br>         Plaintiff,<br><br>v.<br><br>JOSEPH KOVALCIN, et al.,<br><br>         Defendants. | Case No.: 15-CV-2895 W (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [DOC. 13]** |

  Pending before the Court is a joint motion to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 13] and **DISMISSES** this case **WITH PREJUDICE**.

  **IT IS SO ORDERED**.

Dated:  February 22, 2016

                _____
                Hon. Thomas J. Whelan
                United States District Judge